# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

AMANDA MOORE,

                Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and NATIONAL CREDIT SYSTEMS, INC.

                Defendants.

CASE NO.: 1:24-cv-3544-MLB-RDC

**<u>JURY TRIAL DEMANDED</u>**

_____

# PLAINTIFF MORES'S JOINT NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

_____

Plaintiff Amanda Moore and Defendant Experian Information Solutions Inc. hereby give notice to the Court that they have reached a settlement agreemen. The parties will give further notice upon finalizing their agreement.

Dated: 9/12/24

1

By:

*/s/ Robert J. Cairns*
Attorney Robert Cairns, LLC
Ga. Bar No. 284703
695 Pylant Street NE
Suite 114
Atlanta GA 30306
Telephone: 404-260-4799
Email: robert@attorneyrjc.com

*/s/ Joseph P. McClelland*
Joseph P. McClelland
LAW FIRM OF JOSEPH P. MCCLELLAND, LLC
Georgia Bar No: 483407
235 East Ponce de Leon Avenue, Suite 215
Decatur, GA 30030
Telephone: (770) 775-0938
Fax: (470) 468-0070
Email: joseph@jacksonlaws.com

*ATTORNEYS FOR PLAINTIFF*

# CERTIFICATE OF SERVICE

I certify that on September 12, 2024, a copy of the foregoing PLAINTIFF MORES'S JOINT NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. Service of this filing will be made on all ECF registered counsel by operation of the electronic filing system of the court. Parties may access this filing through the system of the court.

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

Respectfully submitted,

*/s/ Robert J. Cairns*
Attorney Robert Cairns, LLC
Ga. Bar No. 284703
695 Pylant Street NE
Suite 114
Atlanta GA 30306
Telephone: 404-260-4799
Email: robert@attorneyrjc.com

*/s/ Joseph P. McClelland*
Joseph P. McClelland
JOSEPH P. MCCLELLAND, LLC

Georgia Bar No: 483407
235 East Ponce de Leon Avenue, Suite 215
Decatur, GA 30030
Telephone: (770) 775-0938
Fax: (470) 468-0070
Email: joseph@jacksonlaws.com

*ATTORNEY FOR PLAINTIFF*